# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Alejandro Adrian Soto-Martinez,<br>a.k.a.: Alejandro Adrian Soto Martinez,<br>(A205 418 682)<br>*Defendant* | )<br>)<br>) Case No. 17-7546 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 3, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Alejandro Adrian Soto-Martinez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 30, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Sheila A. Phillips

☒ Continued on the attached sheet.

*Complainant's signature*

Valery Lozano,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 6, 2017

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 3, 2017, Alejandro Adrian Soto-Martinez was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Soto-Martinez was examined by ICE Officer Jansen who determined Soto-Martinez to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On November 3, 2017, Soto-Martinez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Soto-Martinez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alejandro Adrian Soto-Martinez to be a citizen of Mexico and a previously deported criminal alien. Soto-Martinez was removed from the United States to Mexico through Nogales, Arizona, on or about January 30, 2013, pursuant to an order of removal issued by an immigration judge. There is no

2

record of Soto-Martinez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Soto-Martinez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Alejandro Adrian Soto-Martinez was convicted of Solicitation to Commit Possession of Narcotic Drugs, a felony offense, on September 4, 2012, in Superior Court of Arizona, Maricopa County. Soto-Martinez was sentenced to one (1) year of probation. Soto-Martinez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 3, 2017, Alejandro Adrian Soto-Martinez was advised of his constitutional rights. Soto-Martinez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 3, 2017, Alejandro Adrian Soto-Martinez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 30, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 6th day of November, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge